LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**LANCE J. HENDRON, ATTORNEY AT LAW, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Laura Velree Guida*

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**LAURA VELREE GUIDA,**<br><br>Defendant. | CASE No.: 2:19-cr-00077-RFB-VCF-2<br><br>**STIPULATION TO MODIFY TERMS AND CONDITIONS OF PRETRIAL RELEASE; ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, Laura Velree Guida, through her counsel, Lance J. Hendron, Esq. of the law firm of Lance J. Hendron, Attorney at Law, LLC, and Plaintiff, United States of America, through its counsel, Nicholas Trutanich, United States Attorney, Susan Cushman, Assistant United States Attorney, that the previously imposed terms and conditions of Ms. Guida's pretrial release be modified to allow her to travel to the Central District of California for purposes of employment.

This Stipulation is entered into for the following reasons:

1. Ms. Guida's pretrial conditions restrict her travel to the Southern District of California and the District of Nevada.

2. Ms. Guida is involved with JB Hunt as a Dispatcher.

3. JB Hunt scheduled a learning session on June 20, 2019.

4. Ms. Guida will have to travel to Fullerton and Los Angeles, California for purposes of employment located in the Central District of California.

5. Mr. Hendron has spoken with Susan Cushman, Assistant United States Attorney, and she has no objection to this request.

6. Mr. Hendron has spoken with U.S. Pre-Trial Services who have no objection to this request.

7. Ms. Guida is in compliance with all terms and conditions of her pre-trial release.

DATED this __20__ day of June, 2019.

Respectfully Submitted,

/s/ Lance Hendron
Lance J. Hendron, Esq.
Attorney for Defendant, *Laura Guida*


/s/ Susan Cushman
Nicholas Trutanich,
United States Attorney
Susan Cushman,
Assistant United States Attorney

LANCE J. HENDRON,
ATTORNEY AT LAW, LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 758-5858 • FAX (702) 387-0034

## ORDER

**IT IS HEREBY ORDERED,** that the previously imposed conditions of pretrial release be modified to allow Ms. Guida to travel outside of the Southern District of California to Central District of California for the purposes of employment.

All other current conditions of Defendant's pre-trial release shall remain in place.

**IT IS SO ORDERED.**

DATED this 20th day of June, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE