LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**LANCE J. HENDRON, ATTORNEY AT LAW, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Laura Velree Guida*

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAURA VELREE GUIDA,<br><br>Defendant. | CASE No.: 2:19-cr-00077-RFB-VCF-2<br><br>**STIPULATION TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, Laura Velree Guida, through her counsel, Lance J. Hendron, Esq. of the law firm of Lance J. Hendron, Attorney at Law, LLC, and Plaintiff, United States of America, through its counsel, Dayle Elieson, United States Attorney, Susan Cushman, Assistant United States Attorney, that the Sentencing in the above-captioned matter currently set for August 15, 2019 at 1:30 p.m. be continued to at least 90 days.

This Stipulation is entered into for the following reasons:

1. Mr. Hendron and Ms. Cushman, have discussed this matter and there are outstanding issues that require resolution prior to sentencing.

2. Mr. Hendron has spoken to Ms. Guida and she agrees with this continuance.

3. Mr. Hendron has spoken to Ms. Cushman, and Ms. Cushman has indicated that she has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on August 15, 2019.

DATED this __6th__ day of August, 2019.

Respectfully Submitted,

__/s/ L. Hendron__
Lance J. Hendron, Esq.
Attorney for Defendant, *Laura Guida*

__/s/ Susan Cushman__
Dayle Elieson, Esq.
United States Attorney
Susan Cushman, Esq.
Assistant United States Attorney
Attorney for United States

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**LANCE J. HENDRON, ATTORNEY AT LAW, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Laura Velree Guida*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE No.: 2:19-cr-00077-RFB-VCF-2 |
| Plaintiff, | |
| vs. | |
| **LAURA VELREE GUIDA,** | |
| Defendant. | |

## **FINDINGS OF FACTS**

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Hendron and Ms. Cushman have spoken and there are issues that require resolution prior to sentencing.

2. Mr. Hendron has spoken with Ms. Guida and she agrees with this continuance.

3. Mr. Hendron has spoken to Ms. Cushman, Assistant United States Attorney, and has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which

outweigh any interest of the public and the defendant in proceeding with sentencing on August 15, 2019.

**ORDER**

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for August 15, 2019, at the hour 1:30 p.m., be vacated and continued to  October 14, 2019 , at the hour of  2:45  p.m.

DATED this  7th  day of  August , 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE