LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**LANCE J. HENDRON, ATTORNEY AT LAW, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Laura Velree Guida*

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**LAURA VELREE GUIDA,**<br><br>Defendant. | CASE No.: 2:19-cr-00077-RFB-VCF-2<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(S<small>ECOND</small> R<small>EQUEST</small>) |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, Laura Velree Guida, through her counsel, Lance J. Hendron, Esq. of the law firm of Lance J. Hendron, Attorney at Law, LLC, and Plaintiff, United States of America, through its counsel, Nicholas A. Trutanich, United States Attorney, Susan Cushman, Assistant United States Attorney, that the Sentencing in the above-captioned matter currently set for October 31 at 2:15 p.m. be continued to at least 90 days.

This Stipulation is entered into for the following reasons:

1. Mr. Hendron has spoken to Ms. Guida and she agrees with this continuance.

2. Mr. Hendron has spoken to Ms. Cushman, and Ms. Cushman has indicated that she has no objection to this continuance.

3. Ms. Guida respectfully asks the Court to continue sentencing to the same date and time as that of Co-Defendant Jaleah Guida.

4. Mr. Hendron has spoken to Ms. Cushman, and Ms. Cushman has indicated that she has no objection to continuing Sentencing to the same date and time as that of Co-Defendant Jaleah Guida.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on October 31, 2019.

DATED this __29__ day of October, 2019.

Respectfully Submitted,

/s/ L. Hendron
Lance J. Hendron, Esq.
Attorney for Defendant, *Laura Guida*

/s/ Susan Cushman
Nicholas A. Trutanich, Esq.
United States Attorney
Susan Cushman, Esq.
Assistant United States Attorney
Attorney for United States

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**LANCE J. HENDRON, ATTORNEY AT LAW, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Laura Velree Guida*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAURA VELREE GUIDA,<br><br>Defendant. | CASE No.: 2:19-cr-00077-RFB-VCF-2 |

## **FINDINGS OF FACTS**

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Hendron has spoken with Ms. Guida and she agrees with this continuance.

2. Mr. Hendron has spoken to Ms. Cushman, Assistant United States Attorney, and has no objection to this continuance.

3. Ms. Guida respectfully asks the Court to continue Sentencing to the same date and time as that of Co-Defendant Jaleah Guida.

4. Mr. Hendron has spoken with Ms. Cushman, Assistant United States Attorney, and she has no objection to continuing Sentencing to the same date and time as that of Co-Defendant Jaleah Guida.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on October 31, 2019.

## **ORDER**

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for October 31, 2019, at the hour 2:15 p.m., be vacated and continued to January 29, 2020, at the hour of 2:00 p.m., in LV Courtroom 7C.

DATED this 30th day of October, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE